**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

COINBASE FINANCIAL MARKETS, INC.,

*Plaintiff,*

v.

WILLIAM TONG, in his official capacity as Attorney General of Connecticut; BRYAN T. CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; and KRISTOFER GILMAN, in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection,

*Defendants.*

No. 3:25-cv-02121

**ELECTRONICALLY FILED**

**MOTION TO WITHDRAW COUNSEL'S APPEARANCE**

Pursuant to Local Rule 7(e), the undersigned, Steven L. Holley, hereby moves this Court to withdraw as counsel of record for Plaintiff Coinbase Financial Markets, Inc. ("Coinbase"). In support of this motion, the undersigned represents as follows:

1.     I am retiring as a partner of Sullivan & Cromwell LLP and thus wish to withdraw my appearance in this case.

2.     Following the withdrawal of my appearance, Coinbase will continue to be represented by Benjamin R. Walker of Sullivan & Cromwell LLP, who has appeared in this case (ECF No. 30) and is admitted to the bar of this Court (CT 32126), as well as visiting lawyers at Sullivan & Cromwell LLP who are admitted *pro hac vice* (ECF Nos. 23-27) and will be supervised by Mr. Walker.

3.     Coinbase has received actual notice of this motion.

**WHEREFORE**, the undersigned respectfully requests that this Court grant this motion to withdraw his appearance as counsel for Plaintiff Coinbase.

Dated:  March 25, 2026
         New York, New York

Respectfully submitted,

By: /s/ *Steven L. Holley*
Steven L. Holley (CT 09198)
Sullivan & Cromwell LLP
125 Broad Street
New York, New York  10004
Tel:  (212) 558-4000
holleys@sullcrom.com

*Counsel for Plaintiff*

-3-

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 25, 2026, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below.  Parties may access this filing through the Court's CM/ECF System.

By: /s/ *Steven L. Holley*
Steven L. Holley (CT 09198)

*Counsel for Plaintiff*