**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

COINBASE FINANCIAL MARKETS, INC.,

*Plaintiff,*

v.

WILLIAM TONG in his official capacity as Attorney General of Connecticut; BRYAN T. CAFFERELLI, in his official capacity as Commissioner of the Connecticut Department of Consumer Protection; and KRISTOFER GILMAN, in his official capacity as Director of Gaming for the Connecticut Department of Consumer Protection,

*Defendants.*

Case No.: 3:25-cv-2121 (VDO)

**JOINT MOTION TO STAY AND PROPOSED ORDER**

August 20, 2026

Plaintiff Coinbase Financial Markets, Inc. and Defendants William Tong, Bryan Cafferelli, and Kristofer Gilman ("Parties") respectfully move for a stay of this action before this Court, given the pendency of the Second Circuit appeal of this Court's decision on the Motion for Preliminary Injunction [ECF 93]. In support, Parties state as follows:

1. On December 18, 2025, Coinbase filed this action [ECF 1] and a Motion for Preliminary Injunction [ECF 5], claiming that the Commodity Exchange Act, 7 U.S.C. § 1a *et seq.*, preempts the application of state gambling law as to certain event contracts offered through Coinbase's platform.

2. On August 10, 2026, the Court denied Coinbase's Motion for Preliminary Injunction. [ECF 93.]

3. The same day, the Court set a deadline of August 24, 2026 for Parties to file a Rule 26(f) report. *Id.*

4. On August 14, 2026, Coinbase filed a notice of appeal to the Court of Appeals for the Second Circuit regarding its Motion for Preliminary Injunction. [ECF 94.] The appeal was docketed on August 17, 2026. ECF 1, *Coinbase v. Tong et al.*, No. 26-02297 (2d Cir.).

5. The issues in the Motion for Preliminary Injunction currently on appeal are identical to the merits of Coinbase's claim in this Court, *i.e.*, whether state gambling law is preempted as applied to certain event contracts offered through Coinbase's platform. To avoid wasteful or inefficient litigation while the legal issues in this matter are decided by the Second Circuit, Parties agree that the proceedings in this Court, including pending discovery and responsive pleading deadlines, should be stayed until 21 days following a final decision by the Second Circuit on Coinbase's appeal (including any *en banc* review), or as otherwise further ordered by this Court.

**WHEREFORE**, Parties jointly respectfully request that the Court enter the following order:

> The parties' Joint Motion having been considered by the Court, it is ORDERED that this matter is STAYED until 21 days after the Second Circuit's final decision on the appeal of this Court's decision on Plaintiff's Motion for Preliminary Injunction, unless otherwise ordered by this Court.

Respectfully submitted,

**PLAINTIFF**

COINBASE FINANCIAL MARKETS, INC.

BY: */s/ Yaira Dubin*

Yaira Dubin (phv209099)
**Gibson, Dunn & Crutcher LLP**
200 Park Avenue
New York, NY 10166-0193
Tel: 212.351.4000
Fax: 212.351.4035
ydubin@gibsondunn.com

**DEFENDANTS**

WILLIAM TONG
BRYAN T. CAFFERELLI
KRISTOFER GILMAN

**WILLIAM TONG**
**ATTORNEY GENERAL**

BY: */s/ Joseph E. Gasser*

Joseph E. Gasser, No. ct30299
Michael Nunes, No. ct31522
Assistant Attorneys General
Office of the Attorney General
165 Capitol Avenue
Hartford, CT 06106
Phone: 860-808-5400
Fax: 860-808-5593
joseph.gasser@ct.gov
michael.nunes@ct.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on August 20, 2026 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated below. Parties may access this filing through the Court's CM/ECF System.

By: */s/ Joseph Gasser*
Joseph Gasser